IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BOBBY LONG (#00117184), | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-3789 |
| | § | |
| SERGEANT BOEHMEMANN, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff Bobby Long filed this civil rights action under 42 U.S.C. § 1983, while he was incarcerated at the Fort Bend County Jail. The Court issued an *Order for More Definite Statement* on December 16, 2005, directing the plaintiff to respond to a series of questions regarding the facts underlying his cause of action. The plaintiff was ordered to respond within thirty days. The plaintiff has not done so. The record reflects that the Court's *Order for More Definite Statement* was returned to the Court as undeliverable. The record further reflects, however, that the plaintiff has recently provided a notice of his change of address.

Because the record indicates that the plaintiff did not receive the Court's initial *Order for More Definite Statement*, the Court **ORDERS** as follows:

1. The Clerk shall send a second copy of the *Order for More Definite Statement* (Docket Entry No. 4) to the plaintiff by certified mail, return receipt requested.

2. The plaintiff shall file a response to the *Order for More Definite Statement* within thirty days of the date of this order, as shown below.

The plaintiff is warned that his failure to comply as directed within the time period provided may result in the dismissal of this action.

SIGNED at Houston, Texas, on **January 12, 2006.**

Nancy F. Atlas
United States District Judge