IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BOBBY LONG (#00117184), | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-3789 |
| | § | |
| SERGEANT BOEHMEMANN, | § | |
| | § | |
| Defendant. | § | |

**<u>ORDER</u>**

Plaintiff Bobby Long filed this civil rights action under 42 U.S.C. § 1983, while he was incarcerated at the Fort Bend County Jail. The Court issued an *Order for More Definite Statement* on December 16, 2005, directing the plaintiff to respond to a series of questions regarding the facts underlying his cause of action. The plaintiff was ordered to respond within thirty days. The record reflects that the Court's *Order for More Definite Statement* has been returned to the Court twice as undeliverable because the plaintiff has transferred from the Fort Bend County Jail to the Texas Department of Criminal Justice. The record further reflects, however, that the plaintiff has recently provided a second notice of his change of address, reflecting that he is presently in custody at the Holiday Unit in Huntsville. (Docket Entry No. 9).

Because the record indicates that the plaintiff did not receive the Court's initial *Order for More Definite Statement*, the Court **ORDERS** as follows:

1. The Clerk shall send a copy of the *Order for More Definite Statement* (Docket

Entry No. 4) to the plaintiff <u>by certified mail, return receipt requested</u>.

2. The plaintiff shall file a response to the *Order for More Definite Statement* within thirty days of the date of this order, as shown below.

The plaintiff is warned that his failure to comply as directed within the time period provided may result in the dismissal of this action.

SIGNED at Houston, Texas, on **February 2, 2006.**

_____
Nancy F. Atlas
United States District Judge